IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00824-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JOEL DIAZ-CEJA,

    Petitioner,

v.

KIRSTEN NIELSEN, Secretary of the Department of Homeland Security,
WILLIAM P. BARR, Attorney General of the United States,[1]
JEFFERY LYNCH, Director of the CO ICE Field Office,
JOHNNY CHOATE, Warden of the Aurora ICE Processing Center,

    Respondents.

---

ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Joel Diaz-Ceja, an immigration detainee at a detention facility in Aurora, Colorado, initiated this action in the United States Court of Appeals for the Ninth Circuit by filing *pro se* a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).[2]   On March 19, 2019, the Ninth Circuit Court of Appeals entered an order transferring the action to the District of Colorado.   (ECF No. 1-1).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined the petition is deficient as described in this order.   Petitioner will be directed

---

1  Pursuant to Fed. R. Civ. P. 25(d), a public officer's successor is automatically substituted as a party.

2  "(ECF No. _)" is the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic filing system (CM/ECF).

to cure the following if he wishes to pursue his claims in this action.   Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx      is not submitted
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx      is missing certificate showing current balance in prison account
(5)   ___    is missing required financial information
(6)   ___    is missing authorization to calculate and disburse filing fee payments
(7)   ___    is missing an original signature by the prisoner
(8)   ___    is not on proper form
(9)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(10) xx      other: motion is necessary only if $5.00 filing fee is not paid.

**Complaint, Petition or Application**:
(11) ___    is not submitted
(12) xx      is not on proper form (must use this Court's current form)
(13) ___    is missing an original signature by the prisoner
(14) ___    is missing page nos. ____
(15) ___    uses et al. instead of listing all parties in caption
(16) ___    names in caption do not match names in text
(17) ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___    other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Petitioner files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant),

along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED March 21, 2019, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge